THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME LOWRY, Appellant.— Appeal by defendant from an order of the Supreme Court, Kings County, dated May 9, 1967, which denied, without a hearing, two applications in the nature of *coram nobis* to vacate a judgment of the former County Court, Kings County, rendered February 27, 1957, which convicted him of attempted robbery in the first degree, upon a jury verdict, and imposed sentence. Order affirmed. Although it appears that the Criminal Term did not consider the allegations of defendant's petition dated March 2, 1967, these allegations, even if true, would not entitle him to relief. The alleged defect is one that defendant asserts appears on the face of the record. *Coram nobis* is therefore not the appropriate remedy (*People* v. *Howard,* 12 N Y 2d 65; *People* v. *Sadness,* 300 N. Y. 69; *People* v. *Justimiano,* 29 A D 2d 569). Beldock, P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EMANUEL ROTHSTEIN, Respondent, et al., Defendant.— Appeal from an order of the Supreme Court, Kings County, dated February 24, 1967, which granted defendant Rothstein's motion to dismiss the indictment as to him. Order reversed, on the law and the facts, motion denied and indictment reinstated. The learned Justice at Criminal Term dismissed the indictment on the ground that the evidence presented to the Grand Jury was insufficient to sustain it. It is undisputed that the evidence would be sufficient if the testimony of Harvey Wohl, respondent's accomplice, were corroborated by such other proof as satisfied the requirements of section 251 of the Code of Criminal Procedure. In our opinion, the recordings of conversations between Wohl and respondent constituted such sufficient corroboration, when they are read in light of the guidelines laid down by *People* v. *Dixon* (231 N. Y. 111, 116); *People* v. *Ruberto* (10 N Y 2d 428, cert. den. 371 U. S. 842); *People* v. *Fiore* (12 N Y 2d 188); *People* v. *Mirenda* (23 N Y 2d 439); *People* v. *Robinson* (28 A D 2d 916); *People* v. *Watford* (19 A D 2d 731). Beldock, P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.